**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6669**

———————————

In Re:  WILLIAM EUGENE WEBB,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.
(5:06-cv-00096-FPS-JSK)

———————————

Submitted:  August 23, 2007          Decided:  August 29, 2007

———————————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

William Eugene Webb, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Eugene Webb petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has recently denied the petition. Accordingly, because the district court has recently decided Webb's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED